UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------------X
ANDREY KHALILOV and EKATERINA SUPRUN,
on behalf of themselves, and all others similarly-situated,

Plaintiffs,

Case No.: 17-cv-2488

-against-

**RULE 7.1. CORPORATE DISCLOSURE STATEMENT**

WISE ESPRESSO BAR CORP., d/b/a WISE ESPRESSO BAR, DIANA SULEYMANOVA and RASUL IGAMBERDIEV,

Defendants.
-------------------------------------------------------------------------------X

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel of record for the Defendant WISE ESPRESSO BAR CORP., d/b/a WISE ESPRESSO BAR, hereby certifies that said corporation is not owned by any parent corporation, nor does any publicly held corporation own ten percent (10%) or more of its stock.

Dated: Long Island City, New York
       May 23, 2017

STEPHEN D. HANS & ASSOCIATES, P.C.
By:_____/s/_____
   Stephen D. Hans (SH-0798)
   45-18 Court Square, Suite 403
   Long Island City, New York 11101
   Tel: 718.275.6700 x 204
   Fax: 718.275.6704
   Email: shans@hansassociates.com
   *Attorneys for the Defendants*