UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------------X
LISSETTE BORJA,

                    **17 CV 3133 (RJD) (ST)**

       Plaintiff,

 -against-

                    **FRCP 7.1. CORPORATE**
J & M INDUSTRIES INC., *a/k/a* J & M CONSTRUCTION **DISCLOSURE STATEMENT**
MANAGEMENT INC., *and* JAMES FAUCI, *individually*,

       *Defendants*.
-------------------------------------------------------------------------------X

  Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure defendant J & M INDUSTRIES INC., *a/k/a* J & M CONSTRUCTION MANAGEMENT INC. hereby certifies that said corporation has no corporate parent, nor does any publicly held corporation own ten percent (10%) or more of its stock.

Dated: Long Island City, New York
    August 7, 2017

                STEPHEN D. HANS & ASSOCIATES, P.C.


              By:_____/s/_____
                Stephen D. Hans (SH-0789)
                45-18 Court Square, Suite 403
                Long Island City, New York 11101
                Tel: 718.275.6700
                Fax: 718.275.6704
                Email: shans@hansassociates.com
                *Attorneys for the Defendants*